No. A–90. TAYLOR v. UNITED STATES. C. A. 9th Cir. Application for bail, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–123. SHELTON v. UNITED STATES. C. A. 9th Cir. Application for bail, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. D–177. IN RE DISBARMENT OF PANEK. It is ordered that Paul E. Panek, of Belton, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–178. IN RE DISBARMENT OF SMITH. It is ordered that Conrad P. Smith, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–179. IN RE DISBARMENT OF KYLE. It is ordered that Joe Merrill Kyle, of Silver Spring, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig. TEXAS v. NEW MEXICO. Report of the Special Master on Obligation of New Mexico to Texas under the Pecos River Compact received and ordered filed. Exceptions, if any, together with supporting briefs to the Report may be filed by the parties within 45 days. Replies, if any, with supporting briefs, to such exceptions may be filed within 30 days. [For earlier order herein, see, e. g., 434 U. S. 809.]